AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
ADITHYA MANI (Bar No. 301880)
(E-Mail: Adithya_Mani@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
RAUL FLORES MEDINA

FILED
CLERK, U.S. DISTRICT COURT

12/23/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: __jm_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 93-CR-00080-PAR |
| Plaintiff, | **[PROPOSED]** ORDER SCHEDULING INITIAL APPEARANCE AND ISSUING OF *WRIT AD PROSEQUENDUM* |
| v. | |
| RAUL FLORES MEDINA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Raul Flores Medina's initial appearance on the instant Petition for Violation of Supervised Release be held on February 5, 2020 at 2:00 p.m.

///

IT IS FURTHER ORDERED that Defendant's application for *writ ad prosequendum* is hereby granted.

DATED: December _23, 2019   By /S/ Frederick F. Mumm
                                United States Magistrate Judge

Presented by:

   */s/ Adithya Mani*
Deputy Federal Public Defender